UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-09-3503           Samuel Conti           DATE May 7, 2010
Case Number         Judge                  Time 4 minutes

Title: ASIS INTERNET SERVICES    vs SUBSCRIBERBASE INC., et al.

Attorneys: JASON SINGLETON                HENRY BURGOYNE

Deputy Clerk: T. De Martini    Court Reporter: Joan Columbini

Court  Pltf's  Deft's
(XXX)  (  )   (  )   1. Status Conference - Held

(  )   (  )   (  )   2.

(  )   (  )   (  )   3.

(  )   (  )   (  )   4.

(  )   (  )   (  )   5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 1/28/11    Pretrial Statements Due

Case Continued to 4/8/11 @ 10:00 a.m. for Pretrial Conference

Case Continued to 4/11/11 @ 9:30 a.m. for Jury Trial

Case Continued to                for Further Status Conference

Case Continued to 2/18/11 @ 10:00 a.m. for Motions

ORDERED AFTER HEARING: Case Referred to Mediation

cc: