# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Asis Internet Services, | 09-03503 SC MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Suscriberbase Inc, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Karen Boyd**
> Turner Boyd, LLP
> 2625 Middlefield Road
> Suite 675
> Palo Alto, CA 94306
> 650-533-7572

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
09-03503 SC MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 19, 2010

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
09-03503 SC MED         - 2 -