1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SINGLETON LAW GROUP**
Jason K. Singleton (Cal Bar. No. 166170)
Richard E. Grabowski (Cal. Bar. No. 236207)
611 "L" Street, Suite A
Eureka, CA 95501
Telephone (707) 441-1177
Facsimile (707) 441-1533
jason@singletonlawgroup.com
rgrabowski@singletonlawgroup.com

Attorneys for Plaintiffs

**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (Cal. Bar. No. 203748)
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar. No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@KBInternetlaw.com
karl@KBInternetlaw.com
jeff@KBInternetlaw.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ASIS INTERNET SERVICES, *et al.*

         Plaintiffs,

    vs.

SUBSCRIBERBASE INC., *et al.*,

         Defendants.

Case No. CV-09-3503

**STIPULATION AND [~~PROPOSED~~]
ORDER EXTENDING TIME FOR
PARTIES TO COMPLETE MEDIATION**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

1   WHEREAS on May 7, 2010 the Court referred this action to mediation;

2   WHEREAS on May 19, 2010 the Court appointed Karen Boyd as the mediator

3   assigned to this action;

4   WHEREAS under Local ADR Rule 6-4(b), the deadline for conducting the

5   mediation is August 5, 2010;

6   WHEREAS the parties believe that additional time to conduct discovery would

7   increase the usefulness of the mediation and the likelihood of resolution of this action at

8   mediation;

9   WHEREAS the parties and the mediator have conferred about their availability to

10   conduct the mediation in September or October of 2010, and both the parties and the

11   mediator have confirmed they are available on certain dates during these months;

12   NOW THEREFORE, THE PARTIES AGREE AND STIPULATE AND REQUEST

13   THAT THE COURT ORDER:

14   The deadline for the parties to conduct a mediation of this action is continued to

15   October 29, 2010.

16

17   Dated June 14, 2010                        DATED: June 14, 2010

18

19   THE SINGLETON LAW GROUP              KRONENBERGER BURGOYNE, LLP

20   By:____s/Jason K. Singleton_____   By:____s/ Henry M. Burgoyne, III_____
          Jason K. Singleton                          Henry M. Burgoyne, III

21

22   Attorneys for Plaintiffs                    Attorneys for Defendants

23   **IT IS SO ORDERED.**

24   Dated:_ June 15, 2010

25

26   _____

27   
     H_____t_
     United_____District Court Judge

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE MEDIATION

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com