**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiffs, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>  Plaintiffs,<br>vs.<br><br>SUSCRIBERBASE INC., a South Carolina Corporation, SUSCRIBERBASE HOLDINGS INC., a South Carolina Corporation, CONSUMER RESEARCH CORPORATION INC., a South Carolina Corporation, et al.,<br><br>  Defendants. | CASE NO:  CV 09-3503 SC<br><br>DECLARATION OF JASON K. SINGLETON IN SUPPORT OF MOTION BY PLAINTIFF ASIS FOR DISMISSAL OF ALL DEFENDANTS<br><br>DATE:   September 17, 2010<br>TIME:   10:00 A.M.<br>CTRM:  1, 17TH FLOOR |

I, JASON K. SINGLETON , declare as follows:

1. I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am one of the attorneys of record for Plaintiff.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2. Plaintiff **ASIS** made an offer to Defendants to stipulate to its dismissal. Defendants have refused to stipulate.  See Exhibit A attached hereto for the proposed stipulation sent to Defendants and Defendants email refusing to accept

I declare under penalty of perjury under the laws of the United States of America that

DECLARATION OF JASON K. SINGLETON          1          CV 09-3503 SC

1 | the foregoing is true and correct.

**SINGLETON LAW GROUP**

Dated:       July 13, 2010         /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiffs, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation, and **JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET**,<br><br>    Plaintiffs,<br>vs.<br><br>**SUSCRIBERBASE INC.**, a South Carolina Corporation, **SUSCRIBERBASE HOLDINGS INC.**, a South Carolina Corporation, **CONSUMER RESEARCH CORPORATION INC.**, a South Carolina Corporation, et al.,<br><br>    Defendants. | CASE NO:  CV 09-3503 SC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SUBSCRIBERBASE INC., SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION INC.,  BY PLAINTIFF ASIS INTERNET SERVICES ONLY, AND (Proposed) ORDER** |

Plaintiff **ASIS INTERNET SERVICES** and Defendants **SUBSCRIBERBASE INC., SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION INC.**, by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff **ASIS INTERNET SERVICES** has resolved all claims and agreed to the dismissal of the above-captioned action without prejudice as to Defendants **SUBSCRIBERBASE INC., SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION INC.**, each party to bear its own attorney fees and costs.

///

///

///

2. Accordingly, Plaintiff **ASIS INTERNET SERVICES** requests the Court to dismiss this action without prejudice as to Defendants **SUBSCRIBERBASE INC., SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION INC.,** by Plaintiff **ASIS INTERNET SERVICES, ONLY**.

**SINGLETON LAW GROUP**

Dated:   July __, 2010   _____
Jason K. Singleton
Richard E. Grabowski, Attorneys for Plaintiffs,
**ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET**

**KRONENBERGER BURGOYNE**

Dated:   July __, 2010   _____
Attorneys for Defendants
**SUBSCRIBERBASE INC., SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION INC.**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered the Stipulation of Dismissal without Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action ***ASIS et al. v SUBSCRIBERBASE INC., et al.***, Case Number CV-09-3503 SC, is dismissed without prejudice by Plaintiff **ASIS INTERNET SERVICES, ONLY,** as to **SUBSCRIBERBASE INC., SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION INC.**, with each party to bear its own attorneys fees and costs.

Dated: _____   _____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

**Subject:** RE: Asis v Subscriberbase
**From:** Jeff Rosenfeld <Jeff@KBInternetLaw.com>
**Date:** Mon, 12 Jul 2010 14:27:07 -0700
**To:** 'Roberta Alliston' <roberta@singletonlawgroup.com>
**CC:** Richard Grabowski <rgrabowski@mckinleyville.net>, Jason Singleton <jason@singletonlawgroup.com>

```
Dear All,

SubscriberBase is not willing to sign the stipulation at this time.
SubscriberBase is only interested in resolving all of Plaintiffs' claims, and
not just the claims of ASIS.

Sincerely,
Jeff

-----Original Message-----
From: Roberta Alliston [mailto:roberta@singletonlawgroup.com]
Sent: Thursday, July 08, 2010 2:03 PM
To: Jeff Rosenfeld
Cc: Richard Grabowski; Jason Singleton
Subject: Asis v Subscriberbase

Jeff:
    Asis is willing to dismiss its suit against Subscriberbase.  We have
prepared a Stipulation for this which is attached.  If you agree, please sign
and return and we will file with the Court.

--
Roberta Alliston, Legal Assistant
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
 FAX  441-1533
roberta@singletonlawgroup.com
```

CONFIDENTIALITY NOTICE:

This message intended only for the use of the individual or entity to which it
is addressed, and may contain information that is privileged, confidential and
exempt from disclosure.  If the reader of this message is not the intended
recipient or an employee or agent responsible for delivering the message to
the intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication is strictly prohibited.  If you
have received this communication in error, please notify us immediately by
reply and delete the original message.  Thank you.