**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiffs, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation, and **JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,**<br><br>     Plaintiffs,<br>vs.<br><br>**SUSCRIBERBASE INC.,** a South Carolina Corporation, **SUSCRIBERBASE HOLDINGS INC.,** a South Carolina Corporation, **CONSUMER RESEARCH CORPORATION INC.,** a South Carolina Corporation, et al.,<br><br>     Defendants. | CASE NO:  CV 09-3503 SC<br><br>**DECLARATION OF NELLA WHITE IN SUPPORT OF MOTION BY PLAINTIFF ASIS FOR DISMISSAL OF ALL DEFENDANTS**<br><br>DATE:  September 17, 2010<br>TIME:    10:00 A.M.<br>CTRM: 1, 17TH FLOOR |

I, NELLA WHITE, declare as follows:

1.    I am the President and CEO of Plaintiff, **ASIS INTERNET SERVICES**.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.    Plaintiff **ASIS INTERNET SERVICES** has received a negative judgment in an unrelated case that threatens to place **ASIS** in either bankruptcy or corporate dissolution.

3.    **ASIS** does not have the resources or ability to continue prosecution of this action.

4.    **ASIS**, so that services can continue to be provided to the people of Humboldt County, has sold off its assets.  The resulting funds have been used primarily to pay invoices

from other service providers pre-paid by customers.  This has left **ASIS** with almost no assets and no income.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:       July 14, 2010            *Nella White*
                                      **NELLA WHITE, PRESIDENT**
                                      **ASIS INTERNET SERVICES**