**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

**Attorney for Plaintiffs, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>    Plaintiffs,<br>vs.<br><br>SUSCRIBERBASE INC., a South Carolina Corporation, SUSCRIBERBASE HOLDINGS INC., a South Carolina Corporation, CONSUMER RESEARCH CORPORATION INC., a South Carolina Corporation, et al.,<br><br>    Defendants. | CASE NO:  CV 09-3503 SC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs are no longer represented by the following attorney and request that the Court remove the following email addresses with respect to this case:

> Richard E. Grabowski, CA Bar No. 236207
> SINGLETON LAW GROUP
> 611 "L" Street, Suite A
> Eureka, CA 95501
> **rgrabowski@mckinleyville.net**

All correspondence, notice of electronic filing, pleadings and/or other court documents

1 | should no longer be sent to counsel listed above for this case.

2 | **SINGLETON LAW GROUP**

4 | Dated: October 5, 2010    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiffs,
**ASIS INTERNET SERVICES**
**and JOEL HOUSEHOLTER, dba FOGGY.NET**