**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Henry M. Burgoyne, III (Cal. Bar No. 203748)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendants SubscriberBase, Inc, SubscriberBase Holdings, Inc. and Consumer Research Corporation, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASIS INTERNET SERVICES,** *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>**SUBSCRIBERBASE INC.,** *et al.,*<br><br>Defendants. | Case No. CV-09-3503-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING COMPLETION OF SETTLEMENT OBLIGATIONS**<br><br>Date:         [In Chambers]<br>Time:        [In Chambers]<br>Courtroom:  1, 17th Floor<br><br>The Honorable Samuel Conti |

Case No. CV-09-3503-SC

STIPULATION AND [PROPOSED] ORDER
STAYING ACTION PENDING SETTLEMENT

1   Plaintiff Joel Householter and Defendants SubscriberBase Inc., SubscriberBase
2   Holdings, Inc., and Consumer Research Corporation, Inc. by and through their counsel,
3   hereby stipulate and agree as follows:
4   WHEREAS on October 11, 2010 the parties to this action reached an agreement
5   resolving the action in its entirety (the "Settlement");
6   WHEREAS the parties have executed a confidential settlement agreement;
7   WHEREAS Defendants' obligations under the Settlement include future
8   obligations to be completed by March 5, 2011;
9   WHEREAS the Settlement anticipates the Court staying this action pending
10  Defendants' completion of their future obligations.

27  //
28  //

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to, agree to, and respectfully request that the Court stay the instant action pending Defendants' completion of their obligations in accordance with the Settlement. Plaintiff agrees to promptly inform the Court and either: 1) file a stipulation of dismissal upon Defendants' compliance with their obligations under the Settlement, or 2) seek a lift of the stay if Defendants' fail to comply with their obligations under the Settlement.

Dated: October 11, 2010

THE SINGLETON LAW GROUP

By: /s/ Jason Singleton

Attorneys for Plaintiff Joel Householter *dba* Kneeland Engineering *dba* Foggy.net

DATED: October 11, 2010

KRONENBERGER BURGOYNE LLP

By: s/ Henry M. Burgoyne, III
Henry M. Burgoyne, III

Attorneys for Defendants SubscriberBase Inc., SubscriberBase Holdings Inc., and Consumer Research Corporation, Inc.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Samuel Conti
United States District Court Judge

Case No. CV-09-3503-SC

2

STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING SETTLEMENT