1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
3  Eureka, CA 95501
   (707) 441-1177
4  FAX 441-1533

5  Attorney for Plaintiffs, ASIS INTERNET SERVICES
   and JOEL HOUSEHOLTER
6

7
                     UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 | ASIS INTERNET SERVICES, a California | ) CASE NO: CV 09-3503 SC
   | corporation, and JOEL HOUSEHOLTER, dba | )
11 | KNEELAND ENGINEERING, dba FOGGY.NET, | ) STIPULATION OF DISMISSAL
   |                                       | ) WITH PREJUDICE AND
12 |                                       | ) (Proposed) ORDER
   |         Plaintiffs,                   | )
13 | vs.                                   | )
   |                                       | )
14 | SUSCRIBERBASE INC., a South Carolina  | )
   | Corporation, SUSCRIBERBASE HOLDINGS   | )
15 | INC., a South Carolina Corporation,   | )
   | CONSUMER RESEARCH CORPORATION INC.,   | )
16 | a South Carolina Corporation, et al., | )
17 |                                       | )
   |         Defendants.                   | )
18

19      Plaintiffs and Defendants, by and through their respective attorneys of record, hereby

20 stipulate as follows:

21      1.    The Parties have resolved all claims and agreed to the dismissal of the above-

22 captioned action with prejudice as to Defendants **SUBSCRIBERBASE INC.,**

23 **SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION**

24 **INC.**, each party to bear its own attorney fees and costs.

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS/proposed ORDER         1                    CV 09-3503 SC

2. Accordingly, the parties request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated: March 16, 2011

_____
Jason K. Singleton Attorney for Plaintiffs,
ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET

KRONENBERGER BURGOYNE

Dated: March 16, 2011

_____
Attorneys for Defendants
SUBSCRIBERBASE INC., SUBSCRIBERBASE HOLDINGS INC., AND CONSUMER RESEARCH CORPORATION INC.

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action **ASIS et al. v SUBSCRIBERBASE INC., et al.**, Case Number CV-09-3503 SC, is dismissed with prejudice with each party to bear its own attorneys fees and costs.

Dated: 3/16/11

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti